# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00437-CV

**In re Fred Lyndsay**

## ORIGINAL PROCEEDING FROM SCHLEICHER COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed his petition for writ of mandamus on July 15, 2008. On July 30, the Texas Department of Family and Protective Services filed an unopposed motion to abate the proceeding until after a hearing scheduled for August 13. On July 31, we granted the motion and abated the proceeding. Relator has now filed an unopposed motion to dismiss his petition for writ of mandamus. He represents that all parties are in agreement with the dismissal. We therefore reinstate the cause, grant the motion, and dismiss the petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   August 15, 2008